AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>**Alonso CARMEN-Baltazar** | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

_____
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **December 20, 2019** in the county of **Webb** in the **Southern** District of **Texas** , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States in or near Laredo, Texas the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

On or about December 20, 2019 the defendant Alonso CARMEN-Baltazar was apprehended near Laredo, Texas. After a brief interview it was determined that, Alonso CARMEN-Baltazar was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Alonso CARMEN-Baltazar was previously REMOVED from the United States on 11/30/2019 at San Ysidro, Ca. There is no record that Alonso CARMEN-Baltazar has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

/S/Joshua Steele
_____
*Complainant's signature*

Joshua Steele                    Border Patrol Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence,

Date: December 23, 2019
_____
*Judge's signature*

City and state: Laredo, Texas

Sam Sheldon                    U.S. Magistrate Judge
_____
*Printed name and title*